# United States District Court
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| v. | Case Number:   13-MJ-0054-JTM |
| **ELSA MARIA ESCOBAR,**<br>a.k.a. Maria Mateo<br>[DOB: unknown] | 18 U.S.C. § 1001(a)(3);<br>NMT:   Five Years Imprisonment, $250,000 Fine, Three Years Supervised Release, Plus $100 Special Penalty Assessment and Restitution |

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.   On or about April 11, 2008, in <u>Jackson</u> County, in the Western District of Missouri, the defendant, Elsa Maria Escobar (a.k.a. Maria Mateo) knowingly, willfully and intentionally made and caused to be made a false, fictitious, and fraudulent writing and document knowing it contained materially false and fraudulent statements and entry in a matter within the jurisdiction of the United States Department of Housing and Urban Development, in that she falsely represented her name was "Maria Mateo" on a Uniform Residential Loan Application, a document used to obtain a Federal Housing Administration ("FHA") insured mortgage for property located at 4225 Norledge Avenue, Kansas City, Missouri. This representation was completely false, as the defendant well knew, because she was not Maria Mateo.

in violation of Title 18, United States Code, Section 1001(a)(3).

**I further state that I am a(n)**      Special Agent      **and that this complaint is based on the following facts:**

(See attached affidavit.)

**Continued on the attached sheet and made a part hereof:**     ☒     Yes          ☐     No

/s/ Benjamin Gatrost
Signature of Complainant
**Benjamin Gatrost**
**Special Agent, Homeland Security Investigations**

Sworn to before me and subscribed in my presence,

| | | |
|---|---|---|
| March 28, 2013 | at | Kansas City, Missouri |
| Date | | City and State |

HONORABLE   John T. Maughmer
United States Magistrate Judge                                                   /s/ John T. Maughmer
Name and Title of Judicial Officer                                          Signature of Judicial Officer