# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western ☐ St. Joseph ☐ Central ☐ Southern ☐ Southwestern | | **Jackson** County and elsewhere | ☐ Secret Indictment ☐ Juvenile |

**Defendant Information**
Defendant Name     Maria Elsomina Escobar
Alias Name         Maria Mateo, Elsa Escobar
Birthdate          Unknown

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☒ No  if yes, original case number _____
New Defendant                        ☐ Yes  ☒ No
Prior Complaint Case Number, if any    13-0054-JTM

**U.S. Attorney Information**
SAUSA     William A. Alford III

**Interpreter Needed**
☒ Yes     Language and/or dialect    Spanish
☐ No

**Location Status**
Arrest Date    3/29/2013
☒ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required    ☐ Yes  ☐ No
Warrant Required ☐ Yes  ☒ No

**U.S.C. Citations**
Total # of Counts    8

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:1001.F/4991/4 | Statements or Entries Generally | 1 |
| 2 | 18:1028A.F/4991/4 | Fraud with Identification Documents | 2, 4, 6 |
| 3 | 42:408.F/4950/4 | Misuse of Social Security Number | 3 |
| 4 | 18:1344A.F/4601/4 | Bank Fraud | 5 |
| 5 | 18:1546.F/8730/4 | Fraud and Misuse of Vistas/Permits | 7 |
| 6 | 18:982.F/7990/4 | Criminal Forfeiture | Allegation |

Date   4/2/13                    Signature of SAUSA   */s/ William A. Alford III*