# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 13-00092-CR-W-DW |
| MARIA ELSOMINA ESCOBAR, | ) ) ) | |
| Defendant. | ) | |

## DECLARATION OF PUBLICATION

Pursuant to 21 U.S.C. § 853(n)(1) and the Department of Treasury's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture in this case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 20, 2013, and ending on December 19, 2013. A copy of the notice and Advertisement Certification Report is attached.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 25, 2014, at Kansas City, Missouri.

Respectfully submitted,

Tammy Dickinson
United States Attorney

By

 /s/ James Curt Bohling
James Curt Bohling, #54574
Assistant United States Attorney
400 East 9th Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-3122