# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 13-00092-CR-W-DW |
| | ) |
| MARIA ELSOMINA ESCOBAR, | ) |
| | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

Before the Court is the Motion of the United States for a Final Order of Forfeiture, With Supporting Suggestions (the "Motion"). See Doc. 33. As set forth below, the Motion is GRANTED.

On November 5, 2013, this Court entered a Preliminary Order of Forfeiture forfeiting the following property to the United States:

> Missouri Driver's License in the name of Maria Mateo;
>
> United States Passport in the name of Maria Mateo;
>
> A Bank Midwest Debit Card in the name of Maria Mateo; and
>
> A Puerto Rican Birth Certification in the name of Maria Mateo.

Pursuant to the Court's Preliminary Order of Forfeiture, notice of the forfeiture of the above-described property and the requirements for filing a claim for the property was properly posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 20, 2013, and ending on December 19, 2013. A copy of the Declaration of Publication is on file with the Court. Doc. 32. Therefore, any other persons claiming any right, title or interest in or to the above-described property are held to be in default.

Based upon the plea agreement, the Court finds that the defendant Maria Elsomina Escobar had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 982.

Accordingly, it is hereby ORDERED:

1. Plaintiff's Motion for a Final Order of Forfeiture is hereby granted, and the above-described property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853, and is to be disposed of according to law.

2. All other persons claiming any right, title, or interest in or to the above-referenced property are held in default.

3. The claims and interests of any other persons or parties are forever foreclosed and barred.

4. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

5. The Court shall retain jurisdiction to enter any orders necessary to amend or enforce this Order.

IT IS SO ORDERED.


Date: April 4, 2014  _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge